PROB 12B
(04/08)

October 8, 2013

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Richard Dean Hedlind (English)     **Dkt No.:** 11CR03634-001-DMS

**Name of Sentencing Judicial Officer:** The Honorable Dana M. Sabraw, U.S. District Judge

**Sentence:** Three months custody, 33 months supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Revocation Sentence:** August 23, 2013

**Date Supervised Release Commenced:** October 4, 2013

**Prior Violation History:** Yes. See prior court correspondence.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay.

PROB12B

Name of Offender: Richard Dean Hedlind	October 8, 2013
Docket No.: 11CR03634-001-DMS	Page 2

## CAUSE

Mr. Hedlind was released from custody on October 4, 2013. Since that date, he has gone to the hospital twice due to anxiety/panic attacks. During his most recent visit to the hospital, he was prescribed an anti-anxiety medication which seems to be effective. The offender reported that while in custody, three months prior to his release, he was prescribed anti-anxiety medication. Upon his release, he was not given any additional medication to take with him. The medication issue appears to have been addressed, but we also discussed the need for further mental health care. Mr. Hedlind has reviewed, and signed, the waiver of hearing to modify his conditions of supervised release to allow us to have him seen by our contract mental health provider. At this time, I am requesting the Court modify Mr. Hedlind's conditions of supervision so he can begin the process of addressing his mental health issues. In addition, he has an intake appointment with The Fellowship Center, a residential drug treatment program, to address his substance abuse issues.

Respectfully submitted:	Reviewed and approved:

by _____	_____
Peter Nover	Janet Bergland
Sr. U.S. Probation Officer	Supervising U.S. Probation Officer
(760) 305-4655

Attachments:

### THE COURT ORDERS:

✓  The Modification of Conditions as Noted Above

___  Other _____

_____	10-15-13
The Honorable Dana M. Sabraw	Date
U.S. District Judge